UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE A. MEJIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ESPINOZA, et al.,<br><br>        Defendants. | Case No. 1:24-cv-01381-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>Doc. 13 |

    Plaintiff Josue A. Mejia is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Docs. 1, 6. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 6, 2025, after screening plaintiff's complaint, the assigned magistrate judge issued findings and recommendations, recommending that all claims and defendants be dismissed, except for plaintiff's claims (1) for excessive use of force against defendants Espinoza, Pangaldan, Ayala, Guiterrez, John Doe 1, John Doe 2, and Lopez; (2) for failure to protect against defendants Jane Doe 1 and Jane Doe 2; (3) for deliberate indifference to serious medical needs against defendant Pangaldan; and (4) for retaliation against defendant Gomez. Doc. 13. at 2.

    The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within thirty days after service. *Id.* at 2. Plaintiff did not file any objections, and the deadline to do so has passed. Rather, plaintiff filed a notice reconfirming that

he wishes to proceed only on the claims found cognizable in the findings and recommendations.[1] Doc. 17.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on January 6, 2025, Doc. 13, are adopted in full;

2. All claims and defendants in this action are dismissed, except for plaintiff's claims (1) for excessive use of force against defendants Espinoza, Pangaldan, Ayala, Guiterrez, John Doe 1, John Doe 2, and Lopez; (2) for failure to protect against defendants Jane Doe 1 and Jane Doe 2; (3) for deliberate indifference to serious medical needs against defendant Pangaldan; and (4) for retaliation against defendant Gomez;

3. The Clerk of the Court is directed to terminate defendants John Gabriel, Chika Abgasi, and Mayra Rodriguez from the docket; and

4. This action remains stayed as set forth in the Court's order, Doc. 20, issued on March 18, 2025.

IT IS SO ORDERED.

Dated:   April 9, 2025

UNITED STATES DISTRICT JUDGE

---

[1] On December 27, 2024, plaintiff filed a notice to proceed on the same claims, which were originally found cognizable in the magistrate judge's screening order. Docs. 7, 12.

2