UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE A. MEJIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ESPINOZA, *et al.*,<br><br>　　　　　Defendant(s). | Case No. 1:24-cv-01381-KES-EPG (PC)<br><br>**ORDER SETTING<br>SETTLEMENT CONFERENCE**<br><br>**DATE:** 7/29/2025 at 10:00 a.m. |

　　　　Plaintiff Josue A. Mejia is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court finds it appropriate to set the matter for a settlement conference given the procedural posture of this action.

　　　　Accordingly, it is **ORDERED** that:

1. This case is set for a settlement conference before Magistrate Judge Christopher D. Baker on **July 29, 2025, at 10:00 a.m.** The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. Defense counsel shall arrange for Plaintiff's participation.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3.  Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.
4.  The Magistrate Judge who will oversee the settlement conference may, in due course, issue a separate order detailing the procedures required by that Judge.
5.  The Clerk of Court is directed to serve a copy of this order on the Litigation Office at California Health Care Facility (CHCF).

**IT IS SO ORDERED.**

DATED:   **MAY 6, 2025**

**UNITED STATES MAGISTRATE JUDGE**